C. P. FLEMMING, PLAINTIFF-APPELLANT, v. RONSON CORPORATION, A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued February 9, 1971—Decided April 5, 1971.

Before Judges LEWIS, MATTHEWS and MINTZ.

*Mr. Harry Heher, Jr.* argued the cause for appellant.

*Mr. Lewis H. Eslinger* of the New York Bar, admitted *pro hac vice,* argued the cause for respondent (*Messrs. Weinberg and Manoff,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by Judge Seidman in his reported opinion, 107 *N. J. Super.* 311.